

# USDC-CAND PAY.GOV APPLICATION FOR REFUND

| | |
|---:|---|
| Today's Date | |
| Account Holder Name | |
| Account Holder Billing Address | |
| Account Holder Billing City | |
| Account Holder Billing State | |
| Account Holder Billing Zip | |
| Requestor's Telephone Number | |
| Requestor's E-mail Address | |
| Pay.gov Tracking ID (number) | |
| Agency Tracking ID (number) | |
| Transaction Date | |
| Transaction Time | |
| Transaction Amount (to be refunded) | |
| Purpose of Payment/Fee | |
| Full Case Number (if applicable) | |
| Reason for Refund Request | |

- The information required above can be found in the Pay.gov Screen Receipt or the Payment Confirmation e-mail.
- For information on submitting this form to the court, see:  https://ecf.cand.uscourts.gov/cand/faq/paygov.htm

| For U.S. District Court use only. | | | | | |
|---:|---|---|---|---|---|
| Refund Request | | | **APPROVED:** | | **DENIED:** |
| Refund Approved By | | | | | |
| Pay.gov Refund Tracking ID Refunded | | | | | |
| Agency Refund Tracking ID Number | | | | | |
| Date Refund Processed | | | | | |
| Refund Processed By | | | | | |
| Reason for Denial | | | | | |
| Referred for OSC | | | | | |